**Filed Under Seal**

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO: _____ |
| v. | : | DATE FILED: _____ |
| IMMANUEL FNU | : | VIOLATIONS: |
| | | 8 U.S.C. § 1325(c) (marriage fraud - 1 count) |
| | : | 18 U.S.C. § 1546(a) (visa fraud) (1 count) |
| | : | Notice of Forfeiture |

### INDICTMENT

### COUNT ONE

THE GRAND JURY CHARGES THAT:

On or about February 10, 2015, in Philadelphia, in the Eastern District of Pennsylvania, defendant

**IMMANUEL FNU,**

an alien illegally in the United States, did knowingly enter into a marriage for the purpose of evading a provision of the immigration laws, that is, to unlawfully obtain legal permanent resident status through a sham marriage.

In violation of Title 8, United States Code, Section 1325(c).

## COUNT TWO

THE GRAND JURY FURTHER CHARGES THAT:

On or about July 20, 2015, in Philadelphia, in the Eastern District of Pennsylvania, defendant

**IMMANUEL FNU,**

did knowingly subscribe as true under penalty of perjury under the laws of the United States of America a false statement with respect to a material fact in a document required by the immigration laws and regulations prescribed thereunder, that is, the defendant stated in a Form I-485, Application to Register as Permanent Resident or Adjust Status, that he had never sought to procure an immigration benefit by fraud or willful misrepresentation of a material fact, which statement the defendant knew was false, in that the defendant was attempting to unlawfully obtain legal permanent resident status through a sham marriage.

In violation of Title 18, United States Code, Section 1546(a).

## NOTICE OF FORFEITURE

**THE GRAND JURY FURTHER CHARGES THAT:**

1. As a result of the violation of Title 18, United States Code, Section 1546(a) set forth in this indictment, defendant

**IMMANUEL FNU,**

shall forfeit to the United States of America:

    (a) Any conveyance, including any vessel, vehicle, or aircraft used in the commission of that violation; and

    (b) Any property real or personal that (i) constitutes, or is derived from or is traceable to the proceeds obtained directly or indirectly from the commission of that violation; or (ii) is used to facilitate, or is intended to be used to facilitate, the commission of that violation.

2. If any of the property subject to forfeiture, as a result of any act or omission of the defendant:

    (a) cannot be located upon the exercise of due diligence;

    (b) has been transferred or sold to, or deposited with, a third party;

    (c) has been placed beyond the jurisdiction of the Court;

    (d) has been substantially diminished in value; or

    (e) has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to Title 18, United States Code, Section 982(b), incorporating Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the property subject to forfeiture.

All pursuant to Title 18, United States Code, Section 982.

A TRUE BILL:

_____
GRAND JURY FOREPERSON

for _Ronald Barack_ (signature)
_____
WILLIAM M. McSWAIN
UNITED STATES ATTORNEY