

**U.S. Department of Justice**

*United States Attorney*

*Eastern District of Pennsylvania*

*Francis A. Weber*
*Direct Dial: (215) 861-8354*
*Facsimile: (215) 861-8618*
*E-mail Address: francis.weber@usdoj.gov*

*615 Chestnut Street*
*Suite 1250*
*Philadelphia, Pennsylvania 19106-4476*
*(215) 861-8200*

December 17, 2019

U.S. District Court Clerk's Office
Criminal Division
2609 United States Courthouse
601 Market Street
Philadelphia, PA 19106

    Re:    <u>United States v. Immanuel Fnu, Criminal No. 19-697</u>

Dear Clerk:

    Please unimpound the Indictment in regard to the above-captioned case. The Indictment was filed on December 5, 2019.

    Very truly yours,

    WILLIAM M. MCSWAIN
    United States Attorney

    */s/ Francis A. Weber*
    Francis A. Weber
    Assistant United States Attorney