IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | |
| v. | : | No. 19-697 |
| | : | |
| IMMANUEL FNU | : | |

## **ORDER**

AND NOW, this 18th day of October, 2023, upon consideration of the Indictment filed December 5, 2019 (Document No. 1), and it appearing Defendant Immanuel Fnu remains a fugitive, it is ORDERED the Government shall file a report on Fnu's status, including, but not limited to, whether the Indictment should be dismissed and/or further proceedings scheduled in this case, by no later than November 7, 2023.

BY THE COURT:

/s/ Juan R. Sánchez
Juan R. Sánchez, C.J.